UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19CR320 (KAD) |
| | : | |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 371 (Conspiracy to Commit |
| YANIRA ROMAN | : | Immigration Marriage Fraud) |

### INFORMATION

The United States Attorney charges:

### Introductory Allegations

United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
December 23, 2019
Robin D. Tabora, Clerk
By _____
Deputy Clerk

At all times relevant to this Information:

1. Defendant YANIRA ROMAN ("ROMAN") was a resident and citizen of the United States.

2. Co-Conspirators 1 and 2, who are not defendants herein, were U.S. citizens residing in Connecticut who provided services for individuals dealing with United States Citizenship and Immigration Services ("USCIS").

3. S.A., who is not a defendant herein and whose identity is known to the United States Attorney, was a non-citizen of the United States residing in the United States.

4. Under the immigration laws of the United States, the United States government may grant a non-citizen the right to live and work in the United States for an extended period. In particular, the USCIS may grant a non-citizen the status of "lawful permanent resident," also known as "LPR status," and commonly referred to as having a "green card."

5. A legal marriage between a non-citizen and a United States citizen may provide the non-citizen with an avenue for obtaining LPR/green card status. The application process for obtaining LPR/green card status for a non-citizen spouse requires the submission to USCIS of,

among other documents, a Form I-130 for "Petition for Alien Relative," in which the citizen-spouse sponsors the LPR/green card application of the non-citizen spouse.

## COUNT ONE
(Conspiracy)

6. Paragraphs 1 through 5 are incorporated by reference.

7. From in or about March 2016 through in or about October 2019, in the District of Connecticut and elsewhere, ROMAN did knowingly and willfully combine, conspire, confederate and agree with Co-Conspirators 1 and 2, and others known and unknown, to commit an offense against the United States, that is, knowingly to enter into a sham marriage with S.A., which was arranged by Co-Conspirators 1 and 2, for the purpose of enabling S.A. to obtain LPR/green card status in violation of the immigration laws, specifically, Title 8, United States Code, Section 1325(c).

### Object of the Conspiracy

8. The object of the conspiracy was to fraudulently acquire LPR/green card status for S.A. through a sham marriage, in exchange for ROMAN receiving monetary benefit.

### Manner and Means of the Conspiracy

9. It was part of the conspiracy that Co-Conspirators 1 and 2 introduced ROMAN to S.A., for the purpose of having ROMAN enter into a sham marriage with S.A. Neither ROMAN nor S.A. intended to live with each other thereafter in a genuine, valid marriage.

10. It was part of the conspiracy that Co-Conspirators 1 and 2 held a civil wedding ceremony on or about March 29, 2016, between ROMAN and S.A. at the residence of Co-Conspirators 1 and 2.

11. It was part of the conspiracy that ROMAN, at the direction of Co-Conspirator 1, signed and submitted, and caused to be submitted, to USCIS a Form I-130 for "Petition for Alien Relative" that falsely represented ROMAN and S.A. had entered into a valid marriage.

12. It was part of the conspiracy that ROMAN, as consideration for participation in this scheme, would have her apartment rent paid by S.A., who made such rent payments for more than two years through Co-Conspirators 1 and 2, who would funnel the rent payments to ROMAN's landlord.

## Overt Acts

13. In furtherance of the conspiracy, and in order to effectuate the object thereof, the following overt acts, among others, were committed within the District of Connecticut and elsewhere:

   a. On or about March 29, 2016, ROMAN entered into a sham marriage with S.A. at the Connecticut residence of Co-Conspirators 1 and 2.

   b. On or about April 7, 2016, at the direction of Co-Conspirator 1, ROMAN signed a Form I-130 that sponsored S.A.'s LPR/green card application, which Co-Conspirator 1 caused to be delivered to USCIS.

All in violation of Title 18, United States Code, Section 371.

UNITED STATES OF AMERICA

LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY