UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>YANIRA ROMAN,<br><br>       Defendant | ) Case No.: 3:19-CR-00320 (KAD)<br>)<br>) MOTION TO SEAL DOCUMENT ON<br>) BEHALF OF DEFENDANT, YANIRA<br>) ROMAN<br>)<br>)<br>)<br>)<br>) |

The Defendant, YANIRA ROMAN, (hereinafter referred to as "ROMAN") moves this Honorable Court, by and through her counsel, pursuant to L.R. 57(b)(4)(A), to seal her motion seal a document.

The reason for the motion is that the document contains personal health information.

Defense counsel has spoken to the government. Defense counsel understands that the government concurs with this motion.

WHEREFORE, the defendant, by and through her counsel, prays that this motion be granted and that this Court seal the document.

Dated this 6th day of June 2023

/s/ David J. Wenc
DAVID J. WENC
Fed Bar #ct00089
WENC LAW FIRM, LLC
184 Dusky Lane
Suffield, CT 06078
Tel. (860)371-6633
dwenc@wenclawfirmllc.com

### CERTIFICATION

I hereby certify that a copy of the above was faxed, e-mailed and/or hand delivered on June 6, 2023, to AUSA Harold Chen, Office of the United States Attorney, and USPO Christopher Baker.

*/s/ David J. Wenc*

DAVID J. WENC
Fed Bar #ct00089
WENC LAW FIRM, LLC
184 Dusky Lane
Suffield, CT 06078
Tel. (860)371-6633
dwenc@wenclawfirmllc.com